IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-742 (LPS-MPT) |
| | ) |
| PHILIPS ELECTRONICS NORTH | ) |
| AMERICA CORPORATION and PHILIPS | ) |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MASIMO'S UNOPPOSED
MOTION FOR LEAVE TO AMEND THE COMPLAINT**

The Court having considered Masimo's Motion for Leave to Amend Complaint (the "Motion for Leave"), and good cause being shown therefore,

IT IS HEREBY ORDERED, this _27_ day of _April_____, 2012, that the Motion for Leave is GRANTED and the Second Amended Complaint submitted as Exhibit A to the Motion for Leave shall be deemed filed as of the date of this Order.

_____