IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-742 (LPS-MPT) |
| v. ) | |
| ) | |
| PHILIPS ELECTRONICS NORTH ) | |
| AMERICA CORPORATION and PHILIPS ) | |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, ) | |
| ) | |
| Defendants. ) | |

**JOINT PROPOSED AMENDED SCHEDULE RE '572 PATENT**

Pursuant to the Court's direction at the teleconference held on November 24, 2014, plaintiff Masimo Corporation and defendants Philips Electronics North America Corporation and Philips Medizin Systeme Boblingen Gmbh jointly submit their proposals for an amended schedule relating to the reexamined '572 Patent in the following table. Counsel are available for a telephone conference to discuss their positions.

| Event | Masimo's Proposed Dates | Philips' Proposed Dates |
|---|---|---|
| Close of fact discovery related to '572 Patent | June 19, 2015 ||
| Parties exchange a list of claim terms/phrases that they believe need construction and their proposed construction of those terms/phrases | February 27, 2015 | April 24, 2015 |
| Parties file Joint Claim Construction Chart that identifies for the Court the terms/phrases of the claims at issue, and each party's proposed construction of the disputed claim language with citations only to the intrinsic evidence in support of their respective proposed constructions | March 27, 2015 | June 5, 2015 |
| Masimo serves its opening brief, not to exceed 20 pages | April 24, 2015 | July 1, 2015 |
| Philips serves its answering brief, not to exceed 30 pages | May 15, 2015 | July 31, 2015 |
| Masimo serves its reply brief, not to exceed 20 pages | June 5, 2015 | August 21, 2015 |
| Philips serves its sur-reply brief, not to exceed 10 pages | June 19, 2015 | September 11, 2015 |
| Parties file Joint Claim Construction Brief | June 26, 2015 | September 18, 2015 |
| Hearing on claim construction | July 15, 2015, or a date convenient for the Court | September 30, 2015, or a date convenient for the Court |
| Opening expert reports<br><br>Masimo: all reports related to '572 Patent only<br><br>Philips: all reports related to all *Masimo II* patents | 30 days from claim construction order relating to the '572 Patent | 30 days from final *Markman* Order (including '572 Patent) |
| Rebuttal expert reports | 30 days from opening expert reports | 30 days from opening expert reports |
| Reply expert reports | 21 days from rebuttal expert reports | 21 days from rebuttal expert reports |
| Expert discovery including all depositions | 30 days from reply expert reports | 30 days from reply expert reports |

- 3 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Julia Heaney* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Julia Heaney (#3052) | David E. Moore (#3983) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@mnat.com | rhorwitz@potteranderson.com |
| jheaney@mnat.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

OF COUNSEL:

Joseph R. Re
Karen Vogel Weil
Jon W. Gurka
Perry D. Oldham
KNOBBE, MARTENS, OLSON
  & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
(949) 760-0404

OF COUNSEL:

Alan M. Grimaldi
Brian A. Rosenthal
Ann Marie Duffy
Brian K. Andrea
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006

Steven Yovits
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606

December 5, 2014
8717345

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on December 5, 2014, upon the following in the manner indicated:

### BY ELECTRONIC MAIL

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Alan M. Grimaldi<br>Brian A. Rosenthal<br>Ann Marie Duffy<br>Brian K. Andrea<br>Clinton H. Brannon<br>John X. Zhu<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006<br><br>Steven Yovits<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 |

*/s/ Julia Heaney*

Julia Heaney (#3052)