IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-742 (LPS-MPT) |
| | ) |
| PHILIPS ELECTRONICS NORTH | ) |
| AMERICA CORPORATION and PHILIPS | ) |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

Pursuant to the Court's Order at the teleconference held on December 18, 2014, plaintiff Masimo Corporation and defendants Philips Electronics North America Corporation and Philips Medizin Systeme Boblingen Gmbh jointly submit the following schedule.

| Event | Deadline |
|---|---|
| Close of fact discovery related to '572 Patent | June 19, 2015 |
| Parties exchange a list of claim terms/phrases that they believe need construction in the '572 Patent and their proposed construction of those terms/phrases | April 24, 2015 |
| Parties file Joint Claim Construction Chart that identifies for the Court the terms/phrases of the claims at issue in the '572 Patent, and each party's proposed construction of the disputed claim language with citations only to the intrinsic evidence in support of their respective proposed constructions | June 5, 2015 |
| Masimo serves its opening Claim Construction brief related to the '572 Patent, not to exceed 20 pages | July 1, 2015 |
| Philips serves its answering Claim Construction brief related to the '572 Patent, not to exceed 30 pages | July 31, 2015 |
| Masimo serves its reply brief, not to exceed 20 pages | August 21, 2015 |
| Philips serves its sur-reply brief, not to exceed 10 pages | September 11, 2015 |
| Parties file Joint Claim Construction Brief | September 18, 2015 |
| Hearing on claim construction related to the '572 Patent | September 30, 2015, or a date convenient for the Court |
| Opening expert reports[1] | 30 days from Claim Construction Order |
| Rebuttal expert reports | 30 days from opening expert reports |
| Reply expert reports | 21 days from rebuttal expert reports |
| Expert discovery including all depositions | 30 days from reply expert reports |

---

[1] As indicated at the telephone conference, the Court will address the deadlines for expert reports after the Court rules on the pending objections to the Report and Recommendation (D.I. 750 (Report and Recommendation); D.I. 751 (Masimo's Objections); D.I. 752 (Philips' Objections)). Masimo submits that all expert reports other than those related to the '572 Patent are due 30 days after the Court rules on the pending objections. Philips submits that all expert reports are due 30 days after the Court rules on all claim construction disputes, including those related to the '572 Patent.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Julia Heaney* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Julia Heaney (#3052) | David E. Moore (#3983) |
| 1201 North Market Street | Bindu A. Palapura (#5370) |
| P.O. Box 1347 | Hercules Plaza, 6th Floor |
| Wilmington, DE  19899 | 1313 N. Market Street |
| (302) 658-9200 | Wilmington, DE  19801 |
| jblumenfeld@mnat.com | (302) 984-6000 |
| jheaney@mnat.com | rhorwitz@potteranderson.com |
|  *Attorneys for Plaintiff* | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |

OF COUNSEL:                                                              *Attorneys for Defendants*

Joseph R. Re
Karen Vogel Weil                                                         OF COUNSEL:
Jon W. Gurka
Perry D. Oldham                                                          Alan M. Grimaldi
KNOBBE, MARTENS, OLSON                                                   Brian A. Rosenthal
   & BEAR, LLP                                                           Ann Marie Duffy
2040 Main Street                                                         Brian K. Andrea
Fourteenth Floor                                                         MAYER BROWN LLP
Irvine, CA  92614                                                        1999 K Street, N.W.
(949) 760-0404                                                           Washington, DC  20006

                                                                         Steven Yovits
                                                                         MAYER BROWN LLP
                                                                         71 S. Wacker Drive
                                                                         Chicago, IL  60606

December 23, 2014
1176236/33976


       IT IS SO ORDERED, this _____ day of _____ 2014.


                          _____
                                      JUDGE