IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASIMO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-742 (LPS-MPT) |
| | ) |
| PHILIPS ELECTRONICS NORTH | ) |
| AMERICA CORPORATION and PHILIPS | ) |
| MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) |
| | ) |
| Defendants. | ) |

**STIPULATED MOTION FOR PARTIAL DISMISSAL
AS TO CERTAIN CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), Plaintiff Masimo Corporation ("Masimo") and Defendants Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GmbH (collectively "Philips") hereby move for an order dismissing the following claims and counterclaims:

1. Third Claim for Relief of Masimo's Second Amended Complaint for Patent Infringement (D.I.042) ("INFRINGEMENT OF THE '572 PATENT"), with prejudice;

2. Counterclaim 5 of Philips' Answer and Counterclaim to Masimo's Second Amended Complaint (D.I. 043) ("DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '572 PATENT"), without prejudice; and

3. Counterclaim 6 of Philips' Answer and Counterclaim to Masimo's Second Amended Complaint (D.I. 043) ("DECLARATORY JUDGMENT OF INVALIDITY OF THE '572 PATENT"), without prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees associated with the claims and counterclaims dismissed herein.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Julia Heaney* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jheaney@mnat.com<br>  *Attorneys for Plaintiff, Masimo Corporation* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>dmoore@potteranderson.com<br>  *Attorneys for Defendants, Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen Gmbh* |
| OF COUNSEL:<br><br>Joseph R. Re<br>Karen Vogel Weil<br>Jon W. Gurka<br>Perry D. Oldham<br>KNOBBE, MARTENS, OLSON<br>  & BEAR, LLP<br>2040 Main Street<br>Fourteenth Floor<br>Irvine, CA 92614<br>(949) 760-0404 | OF COUNSEL:<br><br>Alan M. Grimaldi<br>Brian A. Rosenthal<br>Ann Marie Duffy<br>Brian K. Andrea<br>Clinton H. Brannon<br>Cody I. Gillians<br>John X. Zhu<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006<br><br>Steven Yovits<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 |

June 12, 2015

SO ORDERED this _____ day of June, 2015.

_____
Honorable Leonard P. Stark
United States District Court Judge