## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

September 10, 2015

The Honorable Leonard P. Stark  *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE  19801

> Re: *Masimo Corporation v. Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GmbH, et al.,* C.A. No. 09-80 (LPS), 11-742 (LPS/MPT)

Dear Chief Judge Stark:

     Pursuant to the Court's Oral Order (D.I. 1015), the parties advise the Court that they wish to proceed with the claim construction hearing currently set for October 2, 2015. The parties have already exchanged their opening briefs and are in the process of exchanging reply briefs. To allow Masimo additional time on its sur-reply brief, the parties respectfully request that the Court allow them to file the Joint Claim Construction Brief on September 17, two days later than the Court had initially set. The parties filed the joint brief on the outstanding claim construction objections today.

                        Respectfully,

                        */s/ Jack B. Blumenfeld*

                        Jack B. Blumenfeld (#1014)

JBB/bac
9443544.2

cc:    Clerk of Court (via hand delivery)
         All Counsel of Record (via electronic mail)