# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jack B. Blumenfeld
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

October 9, 2015

The Honorable Leonard P. Stark          *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: *Masimo Corporation v. Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GmbH, et al.,* C.A. No. 09-80 (LPS), 11-742 (LPS/MPT)

Dear Chief Judge Stark:

    Pursuant to the Court's request during the October 2, 2015 oral argument on claim construction (Hearing Tr. at 135:18-136:13), the parties hereby advise the Court that they were unable to reach agreement for the construction of the "adjustably smoothing" terms despite diligent meet and confer efforts this week. In view of the arguments at the hearing, the parties propose revised constructions as follows:

| Claim term | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| "adjustably smooth the plurality of resulting values indicative of the at least one physiological characteristic" ('400 Patent, claim 1)<br><br>"adjustably smooth the plurality of values" ('400 Patent, claim 11)<br><br>"adjustably smoothing the plurality of values" ('400 Patent, claim 18) | "average the plurality of resulting values by adjusting the filter weights" | "average the newest measurement and previous values, where the weight given to the newest measurement varies based on a determined property of the detected intensity signals" |

The Honorable Leonard P. Stark
October 9, 2015
Page 2

| Claim term | Masimo's Proposed Construction | Philips' Proposed Construction |
|---|---|---|
| "speed up the adjustable smoothing" ('400 Patent, claim 11) | "use less averaging" | "give higher weight to the newest measurement" |
| "slow down the adjustable smoothing" ('400 Patent, claim 11) | "use more averaging" | "give lower weight to the newest measurement" |

                    Respectfully,

                    */s/ Jack B. Blumenfeld*

                    Jack B. Blumenfeld (#1014)

JBB/dlw

cc:    Clerk of Court (Via Hand Delivery)
       All Counsel of Record (Via Electronic Mail)