

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Fax

February 24, 2016

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
The United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   *Masimo Corporation v. PENAC, at al.*, C.A. No. 09-80-LPS; and
           *Masimo Corporation v. PENAC, et al.*, C.A. No. 11-742-LPS

Dear Chief Magistrate Judge Thynge:

    The parties received Your Honor's February 23rd Oral Order, scheduling a telephone conference for February 26, 2016 to address the remaining issues regarding the discovery dispute held on October 19, 2015. Since that hearing, however, the parties have resolved all those remaining issues and thus do not believe that such a hearing is now necessary and request that it be adjourned.

                            Respectfully,

                            */s/ Bindu A. Palapura*

                            Bindu A. Palapura

BAP/msb/1217257/33796

cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (by electronic mail)